# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEBRA EWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 3:15-cv-00007-RLY-WGH |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Based on the stipulation of the Parties, and good cause appearing therefore,

IT IS ORDERED that this action be, and hereby is, DISMISSED, ON THE MERITS, WITH PREJUDICE, each side to bear its own costs, expenses and attorneys' fees.
.

SO ORDERED:

DATE: 9/17/2015

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system